| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKEEM JARMER HUDSON,<br><br>Plaintiff,<br><br>v.<br><br>J. VASQUEZLOY, et al.,<br><br>Defendant. | 1:21-cv-00861-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff is a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

In the instant action, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2). Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the application to proceed *in forma pauperis* (ECF No. 2) is GRANTED.

IT IS SO ORDERED.

Dated: **June 2, 2021**        /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

1